1  WO

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                    No. CR-16-08210-001-PCT-DMF

10              Plaintiff,                       **ORDER**

11  v.

12  Joel Davis Puhuhongva Duwyenie,

13              Defendant.

14

15        The defendant appeared in court with counsel. The defendant's probable cause

16  hearing was waived and the detention hearing was held on the record including a proffer

17  by defense counsel.   The Court finds probable cause to believe the defendant violated the

18  terms of his supervised release as alleged in the petition.   The Court further finds,

19  pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing

20  evidence that he is not a flight risk or a danger.

21        IT IS HEREBY ORDERED that the defendant shall be bound over for further

22  proceedings on the petition to revoke his supervised release.

23        IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a

24  danger, pending further revocation proceedings.

25        Dated this 4th day of September, 2018.

26

27                                              _____
                                                Honorable Bernardo P. Velasco
28                                              United States Magistrate Judge